# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. )<br>_____) | Civil Case No.  21-cv-02024-TJK |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff respectfully submits the attached Affidavit of Mailing of Madeleine Mulkern as proof that service of process has been effected on defendant United States Postal Service and the U.S. Attorney General and the U.S. Attorney for the District of Columbia in the above-captioned matter.

Respectfully submitted,

 /s/  David L. Sobel
DAVID L. SOBEL,
D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiff*

1