IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Case No.  21-cv-02024-TJK |
| | ) |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### AFFIDAVIT OF MAILING

I, Madeleine Mulkern, hereby state that:

On July 28, 2021, I deposited in the United Sates Mail copies of the Summons, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Certificate Rule LCvR 26.1, and Civil Case Cover Sheet in the above-captioned case, postage pre-paid, first-class certified mail address to the following parties, with the following receipt numbers (receipts attached hereto):

| | |
|---|---|
| United States Postal Service | 7019 1120 0001 7428 6160 |
| U.S. Attorney General | 7019 1120 0001 7428 6184 |
| U.S. Attorney for the District of Columbia | 7019 1120 0001 7428 6177 |

As reflected in the attached tracking reports from the U.S. Postal Service, the certified mail described above was received on the following dates:

| | |
|---|---|
| United States Postal Service | August 6, 2021 |
| U.S. Attorney General | August 2, 2021 |
| U.S. Attorney for the District of Columbia | August 2, 2021 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 9, 2021

*Madeleine Mulkern*
_____
Madeleine Mulkern

1





7019 1120 0001 7428 6177

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.60 | 0052 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | 07 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $1.60 | |
| Total Postage and Fees | $ $5.20 | 07/28/2021 |

Postmark: SUTTER STA. 94104, SAN FRANCISCO CA, JUL 28 2021, USPS

Sent To: OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
Street and Apt. No.: ATTN: Civil Process Clerk, 555 4th Street N.W.
City, State, ZIP+4: Washington, DC 20530

PS Form 3800 — Reverse for Instructions

---

7019 1120 0001 7428 6160

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20260
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.60 | 0052 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | 07 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $1.60 | |
| Total Postage and Fees | $ $5.20 | 07/28/2021 |

Postmark: SUTTER STA. 94104, SAN FRANCISCO CA, JUL 28 2021, USPS

Sent To: General Counsel, UNITED STATES POSTAL SERVICE
Street and Apt. No.: 475 L'Enfant Plaza SW
City, State, ZIP+4: Washington DC 20260

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

---

7019 1120 0001 7428 6184

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20535
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.60 | 0052 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | 07 |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $1.60 | |
| Total Postage and Fees | $ $5.20 | 07/28/2021 |

Postmark: SUTTER STA. 94104, SAN FRANCISCO CA, JUL 28 2021, USPS

Sent To: U.S. Attorney General, DEPARTMENT OF JUSTICE
Street and Apt. No.: 950 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20535-0001

PS Form 3800 — Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70191120000174286177

Remove ✕

Your item was delivered at 4:59 am on August 2, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

August 2, 2021 at 4:59 am
WASHINGTON, DC 20530

**Text & Email Updates** ⌄

**Tracking History** ⌃

**August 2, 2021, 4:59 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:59 am on August 2, 2021 in WASHINGTON, DC 20530.

**August 1, 2021, 9:47 am**
Available for Pickup
WASHINGTON, DC 20530

**August 1, 2021, 7:06 am**
Arrived at Hub
WASHINGTON, DC 20018

**July 30, 2021**
In Transit to Next Facility

**July 28, 2021, 10:02 pm**
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**July 28, 2021, 11:44 am**
USPS in possession of item
SAN FRANCISCO, CA 94104

Product Information

See Less

Feedback

Tracking Number: 70191120000174286160     Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:33 am on August 6, 2021 in WASHINGTON, DC 20260.

## ⊘ Delivered, Front Desk/Reception/Mail Room

August 6, 2021 at 9:33 am
WASHINGTON, DC 20260

Get Updates ⌄

Text & Email Updates

## Tracking History

**August 6, 2021, 9:33 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20260
Your item was delivered to the front desk, reception area, or mail room at 9:33 am on August 6, 2021 in WASHINGTON, DC 20260.

**August 5, 2021, 10:28 am**
Available for Pickup
WASHINGTON, DC 20260

**August 5, 2021, 6:03 am**
Arrived at Post Office
WASHINGTON, DC 20018

**August 4, 2021**
In Transit to Next Facility

**July 31, 2021, 11:20 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**July 29, 2021, 11:28 pm**
Departed USPS Regional Origin Facility
SANTA CLARITA CA DISTRIBUTION CENTER

**July 29, 2021, 11:32 am**
Arrived at USPS Regional Origin Facility
SANTA CLARITA CA DISTRIBUTION CENTER

**July 28, 2021, 11:44 am**
USPS in possession of item
SAN FRANCISCO, CA 94104

Feedback

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

**Tracking Number:** 70191120000174286184     Remove ✕

Your item was delivered at 4:44 am on August 2, 2021 in WASHINGTON, DC 20535.

## ✓ Delivered

August 2, 2021 at 4:44 am
WASHINGTON, DC 20535

**Get Updates** ⌄

Feedback

---

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**August 2, 2021, 4:44 am**
Delivered
WASHINGTON, DC 20535
Your item was delivered at 4:44 am on August 2, 2021 in WASHINGTON, DC 20535.

**August 1, 2021, 9:47 am**
Available for Pickup
WASHINGTON, DC 20535

**August 1, 2021, 9:27 am**
Arrived at Hub
WASHINGTON, DC 20018

**July 30, 2021**
In Transit to Next Facility

**July 28, 2021, 10:02 pm**
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**July 28, 2021, 11:44 am**
USPS in possession of item
SAN FRANCISCO, CA 94104

Product Information

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**