## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br>v.<br><br>U.S. POSTAL SERVICE,<br><br>    Defendant. | Civil Action No. 1:21-CV-02024 |

## ANSWER

Defendant United States Postal Service ("USPS") hereby answers the Complaint filed by Plaintiff Electronic Frontier Foundation in the following numbered paragraphs, which correspond to the Complaint's numbered paragraphs:

1. The first, second, and third sentences of this paragraph characterize Plaintiff's action and require no response. The remaining allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

2. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. Defendant admits that USPS is a federal agency within the meaning of 5 U.S.C. § 552(f). Defendant admits that the United States Postal Investigation Service ("USPIS") is a component of USPS.

5. Defendant admits the existence of the cited media report, respectfully refers the Court to that report for a true and complete statement of its contents, and denies any allegation inconsistent with the report's plain language, meaning, or context.

6. Defendant admits the existence of the cited media report, respectfully refers the Court to that report for a true and complete statement of its contents, and denies any allegation inconsistent with the report's plain language, meaning, or context. Defendant lacks knowledge or information sufficient to form a belief about the truth of the second, third, and fourth sentences due to vagueness

of "a government bulletin dated March 16th." Defendant lacks knowledge or information sufficient to form a belief about the truth of the last sentence due to vagueness of "[t]his request."

7. Defendant admits that Plaintiff submitted a FOIA request on April 29, 2021. Defendant lacks knowledge or information sufficient to form a belief as to truth of the remaining allegations in this paragraph.

8. Defendant admits that Plaintiff submitted a FOIA request dated April 29, 2021 through USPS's online FOIA portal, respectfully refers the Court to that FOIA request for a true and complete statement of its contents, and denies any allegation inconsistent with the request's plain language, meaning, or context.

9. Defendant admits that Plaintiff submitted a FOIA request dated April 29, 2021 through USPS's online FOIA portal, respectfully refers the Court to that FOIA request for a true and complete statement of its contents, and denies any allegation inconsistent with the request's plain language, meaning, or context.

10. Defendant admits that USPS issued a letter dated May 4, 2021 regarding Plaintiff's FOIA request, respectfully refers the Court to that response for a true and complete statement of its contents, and denies any allegation inconsistent with the response's plain language, meaning, or context. Defendant admits that the May 4, 2021 letter stated that USPS was redirecting the FOIA request to the USPIS FOIA office.

11. Defendant admits that USPIS acknowledged Plaintiff's FOIA request on May 5, 2021, respectfully refers the Court to that response for a true and complete statement of its contents, and denies any allegation inconsistent with the response's plain language, meaning, or context. Defendant admits that USPIS granted Plaintiff's request for a news media fee benefit.

12. Defendant admits that as of the date of the Complaint, USPIS had not issued a final determination as to Plaintiff's request nor produced any records responsive to it.

13. Defendant admits that as of the date of the Complaint, USPIS had not produced any records responsive to Plaintiff's request.

14. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

15. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

16. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

17. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

18. Defendant incorporates its response to paragraphs 1-17 as if set forth fully herein.

19. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

20. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

21. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

22. Defendant incorporates its response to paragraphs 1-17 as if set forth fully herein.

23. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

24. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

25. The allegations in this paragraph contain the Plaintiff's conclusions of law, to which no response is required.

The remaining paragraphs of the Complaint consist of Plaintiff's request for relief, to which no response is required. Defendant denies that Plaintiff is entitled to the relief requested, or to any relief whatsoever.

Defendant hereby denies each and every allegation in the Complaint not expressly admitted or denied above.

**DEFENSES**

1. Plaintiffs are not entitled to compel production of records exempt from disclosure by one or more exemptions enumerated in the FOIA.

Dated: September 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 /s/ Alexandra R. Saslaw
ALEXANDRA R. SASLAW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendant*