IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Civil Action No. 1:21-CV-02024 |
| Plaintiff, | |
| v. | |
| U.S. POSTAL SERVICE, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's September 24, 2021 Minute Order, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant United States Postal Service ("USPS") (collectively, "parties"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1.      This matter arises out of a FOIA request that Plaintiff submitted to Defendant on April 29, 2021 seeking the disclosure of records regarding the Internet Covert Operations Program ("ICOP").

2.      Plaintiff filed its Complaint on July 27, 2021, *see* ECF No. 1, and Defendant filed an answer on September 1, 2021, *see* ECF No. 6.

3.      On September 24, 2021, the Court issued a Minute Order directing the parties to meet and confer and file a proposed schedule for briefing or disclosure by October 11, 2021.

4.      Consistent with the Court's order, counsel for the parties met and conferred on October 6, 2021 and report as follows.

5.      The United States Postal Inspection Service ("USPIS") has identified approximately 12,000 documents that may be responsive to FOIA requests related to ICOP, including the FOIA request at issue in this action and FOIA requests at issue in other litigation (*see, e.g.*, *Judicial Watch v. U.S. Postal Serv.*, No. 1:21-cv-01735 (D.D.C.); *James Madison Project v. U.S. Postal Serv.*, No. 1:21-cv-01887 (D.D.C.); *Weinberger v. U.S. Postal Serv.*, No. 1:21-cv-01760 (D. Md.)).  USPIS has begun processing these documents.

6.      The parties are discussing the possibility of setting a rolling production schedule for responsive, non-exempt records, and USPIS is currently working to determine a reasonable production schedule in this case and in other, related cases.

7.      In *James Madison Project v. U.S. Postal Serv.*, No. 1:21-cv-01887 (D.D.C.), USPS has agreed to provide a Joint Status Report on November 22, 2021.  The parties believe that it would be beneficial to provide a Joint Status Report in this case on a similar timeline.

8.      In light of the above, the parties propose that their next status report be due on or before November 22, 2021, so the parties can report to the Court on the progress being made on USPIS's processing of potentially responsive records and the parties' discussions regarding a production schedule.

Dated:  October 11, 2021

/s/ David L. Sobel
DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

AARON MACKEY
D.C. Bar No. 1017004
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Alexandra R. Saslaw
ALEXANDRA R. SASLAW
D.C. Bar No. 1618175
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendant*