IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Civil Action No. 1:21-CV-02024 |
| Plaintiff, | |
| v. | |
| U.S. POSTAL SERVICE, | |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to the Court's October 11, 2021 Minute Order, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant United States Postal Service ("USPS") (collectively, "parties"), respectfully submit this Joint Status Report.

1. This matter arises out of a FOIA request that Plaintiff submitted to Defendant on April 29, 2021 seeking the disclosure of records regarding the Internet Covert Operations Program ("ICOP").

2. Since the parties filed their last Joint Status Report, the United States Postal Inspection Service ("USPIS") has identified the documents that are responsive to Plaintiff's request, out of the documents USPIS collected as responsive to multiple FOIA requests it has received related to the Internet Covert Operations Program. *See* ECF No. 9 at 1. USPIS is processing those records and anticipates providing a final response by January 14, 2022.

3. In light of the above, the parties propose that their next status report be due on or before February 14, 2022, in which they will update the Court on the status of USPIS's response to Plaintiff's FOIA request and whether any further proceedings are necessary.

Dated: November 19, 2021

*/s/ David S. Sobel*
DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Alexandra R. Saslaw*

Suite 640  
Washington, DC 20015  
(202) 246-6180

AARON MACKEY  
D.C. Bar No. 1017004  
Electronic Frontier Foundation  
815 Eddy Street  
San Francisco, CA 94109  
(415) 436-9333

*Counsel for Plaintiffs*

ALEXANDRA R. SASLAW  
Trial Attorney  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, NW  
Washington, DC 20005  
Phone: (202) 514-4520  
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendant*