IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Civil Action No. 1:21-CV-02024 |
| Plaintiff, | |
| v. | |
| U.S. POSTAL SERVICE, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 23, 2021 Minute Order, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant United States Postal Service ("USPS") (collectively, "parties"), respectfully submit this Joint Status Report.

1. This matter arises out of a FOIA request that Plaintiff submitted to Defendant on April 29, 2021 seeking the disclosure of records regarding the Internet Covert Operations Program ("ICOP").

2. On December 28, 2021, the United States Postal Inspection Service ("USPIS") issued a final response to Plaintiff's FOIA request. In connection with that response, USPIS produced thirty pages of record material responsive to Plaintiff's FOIA request. USPIS further notified Plaintiff that USPIS had identified approximately 2,353 pages of responsive records that were exempt from disclosure in their entirety under 5 U.S.C. §§ 552(b)(6), 552(b)(7)(C), and/or 552(b)(7)(E). USPIS subsequently notified Plaintiff that it had identified 28 audio and/or video files that were exempt from disclosure in their entirety under 5 U.S.C. § 552(b)(7)(E).

3. The parties conferred following the USPIS production, and the parties continue to discuss the possibility of narrowing some of the issues in dispute before summary judgment briefing; notwithstanding these discussions, multiple issues remain in dispute and are suitable for summary judgment briefing.

4. In light of the above, the parties respectfully propose the following summary judgment briefing schedule, which is intended to accommodate counsel's schedules and deadlines in other matters:

- May 2, 2022 – Defendant's Motion for Summary Judgment;
- June 17, 2022 – Plaintiff's Opposition and Cross-Motion for Summary Judgment;
- August 5, 2022 – Defendant's Reply and Opposition to Plaintiff's Cross-Motion;
- September 2, 2022 – Plaintiff's Reply.

Dated:  February 14, 2022

*/s/ Aaron Mackey*
DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

AARON MACKEY
D.C. Bar No. 1017004
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 */s/ Alexandra R. Saslaw*
ALEXANDRA R. SASLAW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendant*