**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Civil Action No. 1:21-CV-02024 |
| Plaintiff, | |
| v. | |
| U.S. POSTAL SERVICE, | |
| Defendant. | |

**JOINT MOTION TO STAY BRIEFING SCHEDULE**

Defendant United States Postal Service ("USPS") and Plaintiff Electronic Frontier Foundation ("EFF") (collectively, "parties"), respectfully request that the Court stay the deadlines for summary judgment briefing set forth in the Court's February 15, 2022 Minute Order and order the parties to submit a Joint Status Report on or before May 31, 2022. In support of the Motion, the Parties submit the following:

1.      This matter arises out of a FOIA request that Plaintiff submitted to Defendant on April 29, 2021 seeking the disclosure of records regarding the Internet Covert Operations Program ("ICOP").

2.      On December 28, 2021, the United States Postal Inspection Service ("USPIS") issued a response to Plaintiff's FOIA request. In connection with that response, USPIS produced thirty pages of record material responsive to Plaintiff's FOIA request. USPIS further notified Plaintiff that USPIS had identified approximately 2,353 pages of responsive records that were exempt from disclosure in their entirety under 5 U.S.C. §§ 552(b)(6), 552(b)(7)(C), and/or 552(b)(7)(E). USPIS subsequently notified Plaintiff that it had identified 28 audio and/or video files that were exempt from disclosure in their entirety under 5 U.S.C. § 552(b)(7)(E).

3.      On February 14, 2022, the parties proposed a briefing schedule for cross-motions for summary judgment. *See* Jt. Status Report, ECF No. 11. On February 15, the Court entered that briefing schedule, which provided that USPS would file its motion for summary judgment by May 2, 2022, with briefing to be completed by September 2, 2022. To date, the parties have not requested any extension of these briefing deadlines.

4.      There is good cause to stay the current briefing schedule.

5.      In preparing its motion for summary judgment, USPIS decided to conduct supplemental searches with respect to certain portions of EFF's FOIA request.  After conferring with EFF, USPIS initiated supplemental searches on or around March 31, 2022.  USPIS anticipates that it will receive the initial results of these searches in the next two or three weeks.

6.      Once USPIS receives the initial results of these searches, USPIS will begin processing any potentially responsive documents identified by the supplemental searches.

7.      The parties agree that is appropriate to delay summary judgment briefing until USPIS has completed its supplemental searches and has processed any responsive records. Accordingly, the parties request that the Court stay the current briefing schedule to allow USPIS to complete those steps.

8.      Because USPIS has not yet completed its supplemental searches, the parties are not in a position to propose a new briefing schedule at this time.  However, the parties propose to submit a Joint Status Report on or before May 31, 2022, to provide the Court with an update regarding the status of the supplemental searches, the processing of documents, and whether they are in a position to propose a new briefing schedule.

Dated:  April 22, 2022

/s/ Aaron Mackey
DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

AARON MACKEY
D.C. Bar No. 1017004
Electronic Frontier Foundation
815 Eddy Street

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Alexandra R. Saslaw
ALEXANDRA R. SASLAW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

San Francisco, CA 94109                    *Counsel for Defendant*
(415) 436-9333

*Counsel for Plaintiff*