## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Civil Action No. 1:21-CV-02024 |
| Plaintiff, | |
| v. | |
| U.S. POSTAL SERVICE, | |
| Defendant. | |

### [PROPOSED] ORDER ON JOINT MOTION TO STAY BRIEFING SCHEDULE

The Court having considered the parties' Joint Motion to Stay Briefing Schedule, and good cause having been found, it is hereby

**ORDERED** that the current summary judgment briefing schedule shall be stayed, and

**ORDERED** that the parties shall file a Joint Status Report on or before May 31, 2022.

_____
Timothy J. Kelly
United States District Judge