# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>      Plaintiff,<br>v.<br><br>U.S. POSTAL SERVICE,<br><br>      Defendant. | Civil Action No. 1:21-cv-02024-TJK |

## JOINT STATUS REPORT

Pursuant to the Court's April 26, 2022 Minute Order, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant United States Postal Service ("USPS") (collectively, "parties"), respectfully submit this Joint Status Report.

1. This matter arises out of a FOIA request that Plaintiff submitted to Defendant on April 29, 2021 seeking the disclosure of records regarding the Internet Covert Operations Program ("ICOP").

2. On December 28, 2021, the United States Postal Inspection Service ("USPIS") issued a final response to Plaintiff's FOIA request.

3. On February 14, 2022, the parties proposed a briefing schedule for cross-motions for summary judgment. *See* Joint Status Report, ECF No. 11. On February 15, 2022, the Court entered that briefing schedule.

4. In preparing its motion for summary judgment, USPIS decided to conduct supplemental searches with respect to certain portions of EFF's FOIA request. On April 22, 2022, the parties jointly moved the Court to stay the deadlines for summary judgment briefing set forth in the Court's February 15, 2022 Minute Order to allow USPIS time to complete its supplemental searches and to process any potentially responsive records located through those searches.

5. As a result of its supplemental searches, USPIS has identified approximately 2,000 emails and attachments that are potentially responsive to Plaintiff's FOIA request. USPIS is currently working to assess whether these search results include non-duplicative records responsive to Plaintiff's FOIA request and to process any such records.

6.      Because USPIS is still in the process of assessing the supplemental search results and determining its timeline for processing the records located during the supplemental search, the parties are not in a position to propose a new briefing schedule at this time. However, the parties propose to submit a Joint Status Report on or before June 30, 2022, to provide the Court with an update regarding the status of the supplemental searches, the processing of documents, and whether the parties are in a position to propose a new briefing schedule.

Dated: May 31, 2022

*/s/ Aaron Mackey*
DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

AARON MACKEY
D.C. Bar No. 1017004
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Alexandra R. Saslaw*
ALEXANDRA R. SASLAW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendant*