IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Civil Action No. 1:21-cv-02024-TJK |
| Plaintiff, | |
| v. | |
| U.S. POSTAL SERVICE, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 1, 2022 Minute Order, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant United States Postal Service ("USPS") (collectively, "parties"), respectfully submit this Joint Status Report.

1. This matter arises out of a FOIA request that Plaintiff submitted to Defendant on April 29, 2021 seeking the disclosure of records regarding the Internet Covert Operations Program ("ICOP").

2. The United States Postal Inspection Service ("USPIS") is processing approximately 1,700 emails and attachments that are potentially responsive to Plaintiff's FOIA request and that were identified through supplemental searches.

3. On August 12, 2022, USPIS issued an interim response to Plaintiff regarding the processing of 126 emails and attachments, totaling 579 pages. In the interim response, USPIS stated that it would continue to process the remaining emails and attachments on a rolling basis.

4. USPIS anticipates issuing its next interim response on or around November 3, 2022 which will address the processing of at least 1,000 pages of the remaining emails and attachments.

5. Because USPIS is still processing the results of the supplemental searches, the parties are not in a position to propose a new briefing schedule at this time. *See* April 26, 2022 Minute Order (staying briefing schedule pending supplemental searches). The parties propose to submit a Joint Status Report on or before January 13, 2023, updating the Court on USPIS's processing of documents and whether the parties are in a position to propose a new briefing schedule.

Dated:  October 28, 2022

*/s/ Aaron Mackey*
DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

AARON MACKEY
D.C. Bar No. 1017004
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 */s/ Alexandra R. Saslaw*
ALEXANDRA R. SASLAW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendant*